PANISH SHEA & BOYLE LLP
BRIAN J. PANISH, State Bar No. 116060
  *panish@psblaw.com*
SPENCER R. LUCAS, State Bar No. 232498
  *lucas@psblaw.com*
MARGUERITE S. SANVICTORES, State Bar No. 299452
  *sanvictores@psblaw.com*
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
Telephone: 310.477.1700
Facsimile: 310.477.1699

Attorneys for Plaintiff JOHN FREDERICK GAYTON

# UNITED STATES DISTRICT COURT FOR THE

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| JOHN FREDERICK GAYTON, individually,<br><br>Plaintiff,<br>v.<br>UNITED STATES POSTAL SERVICE, a governmental entity; ; KELVIN DANG, an individual and DOES 1 through 10, Inclusive,<br><br>Defendants. | **Case No.**<br>**PLAINTIFF'S COMPLAINT FOR DAMAGES**<br>**1.   NEGLIGENCE (FEDERAL TORT CLAIMS ACT)**<br>**DEMAND FOR TRIAL BY JURY** |

COMES NOW Plaintiff, JOHN FREDERICK GAYTON, individually, (hereinafter "PLAINTIFF") for causes of action against Defendants UNITED STATES POSTAL SERVICE, a government entity; KELVIN DANG, an individual and DOES 1 through 10, Inclusive, and each of them, complain and allege as follows:

## I.   INTRODUCTION

1. Plaintiff brings this action against Defendants alleging negligence resulting from a motor vehicle versus motorcycle collision that occurred on April 25, 2018, in

the City of Garden Grove, County of Orange, California.

## II. PARTIES

2.    At all relevant times mentioned herein, Plaintiff JOHN FREDERICK GAYTON (hereinafter "JOHN GAYTON") was a resident of the State of California, County of Orange.

3.    At all relevant times mentioned herein, Defendant UNITED STATES POSTAL SERVICE was a government entity organized and existing under the laws of the United States of America, and conducting regular business in the State of California, County of Orange.

4.    At all relevant times mentioned herein, Defendant KELVIN DANG was a resident of the State of California, County of Orange.

5.    At all relevant times mentioned herein, Defendant KELVIN DANG was employed by the Defendant UNITED STATES POSTAL SERVICE and was acting in the course and scope of his employment for such government entity.

6.    The true names and capacities, whether individual, plural, corporate, partnership, associate, or otherwise, of DOES 1 through 10, inclusive, are unknown to Plaintiff who therefore sues said Defendants by such fictitious names.  The full extent of the facts linking such fictitiously sued Defendants is unknown to Plaintiff.  Plaintiff is informed and believes, and thereon alleges, that each of the Defendants designated herein as a DOE was, and is, negligent, or in some other actionable manner, responsible for the events and happenings hereinafter referred to, and thereby negligently, or in some other actionable manner, legally and proximately caused the hereinafter described injuries and damages to Plaintiff.  Plaintiff will hereafter seek leave of the Court to amend this Complaint to show the Defendants' true names and capacities after the same have been ascertained. Plaintiff is informed and believes, and thereon alleges, that at all times mentioned herein, Defendants and DOES 1 through 10, inclusive, and each of them, were agents, servants, employees, successors in interest, and/or joint venturers of their co-Defendants, and were, as such, acting within the course, scope, and authority of

said agency, employment, and/or venture, and that each and every Defendant, as aforesaid, when acting as a principal, was negligent in the selection and hiring, training, and supervision of each and every other Defendant as an agent, servant, employee, successor in interest, and/or joint venturer.

## III. JURISDICTION AND VENUE

7. This Court's jurisdiction over Plaintiff's claims against the UNITED STATES POSTAL SERVICE arises under 28 U.S.C. § 1331 and the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346(b)(1), 2671 to 2680.

8. Plaintiff's personal injuries and resulting damages that form the basis of this complaint, were proximately caused by the negligence, wrongful acts/or omissions of employees of the United States of America through its agency, the United States Postal Service. These employees were acting within the course and scope of their employment, under circumstances where the United States of America, if a private person, would be liable to Plaintiff in the same manner and to the same extent as a private individual under the law of the State of California.

9. Venue in this judicial district is proper under 28 U.S.C. § 1391 in that this is the judicial district in which a substantial part of the events or omissions giving rise to the claims occurred.

10. Pursuant to 28 U.S.C. § 2675 Plaintiff JOHN GAYTON filed an Administrative Claim for negligence, personal injuries and property damage on March 26, 2020 with the United States Postal Service National Tort Center. Since the filing of the Administrative Claim, Defendant UNITED STATES POSTAL SERVICE has either denied, or failed to respond to, Plaintiff's claim, and the claims have been deemed rejected by operation of law. Therefore, Plaintiff JOHN GAYTON timely files this Complaint for Damages.

## IV. GENERAL ALLEGATIONS

11. This Complaint concerns an incident which occurred during the evening hours of April 25, 2018, occurring near the intersection of Chapman Avenue and

Medina Drive, in the City of Garden Grove, County of Orange, state of California. At that time, Plaintiff JOHN GAYTON was operating a 1997 Harley Davidson motorcycle (FL license No. 1032LF), travelling westbound on Chapman Avenue in the No. 2 lane. Defendant KELVIN DANG, while driving in the course and scope of his employment with Defendant UNITED STATES POSTAL SERVICE, was operating a USPS vehicle (CA license No. 8212340), travelling westbound on Chapman Avenue, in the No. 2 lane, to the left of Plaintiff. As Plaintiff approached the intersection of Medina Drive, Defendant KELVIN DANG negligently made a right turn onto Medina Drive from the No. 1 lane, crossing over the No. 2 lane, directly in the path of Plaintiff JOHN GAYTON. Defendant KELVIN DANG violated Plaintiff JOHN GAYTON's right of way, failed to keep a proper lookout, and violated California Vehicle Code section 22107 for an unsafe turning movement. As a result of Defendants' negligence, Plaintiff JOHN GAYTON was unable to avoid the collision and suffered personal injuries, including but not limited to left tibia fracture, left kidney laceration, concussion, broken teeth, and blunt trauma to the head, chest, abdomen, legs and shoulders. (hereafter "SUBJECT INCIDENT").

### FIRST CAUSE OF ACTION – NEGLIGENCE (FTCA)
**(Against all Defendants)**

12.   Plaintiff restates and incorporates herein by reference each and every allegation and statement contained in the prior paragraphs.

13.   Plaintiff's First Cause of Action is for negligence, and is brought against Defendants UNITED STATES POSTAL SERVICE, KELVIN DANG and DOES 1 through 10, as an action in law pursuant to jurisdiction provided by the Federal Tort Claims Act (FTCA).

14.   Plaintiff is informed and believes, and thereupon alleges, that Defendants owed a duty of care to Plaintiff. Defendant KELVIN DANG, while acting in the course and scope of his employment with Defendant UNITED STATES POSTAL SERVICE, breached that duty of care by negligently operating the USPS vehicle. Specifically,

Defendant KELVIN DANG negligently violated Plaintiff's right of way, negligently failed to keep a proper lookout, and negligently violated California Vehicle Code section 22107 for making an unsafe turning movement.

15. Plaintiff is informed and believes, and thereupon alleges, that Defendants' negligence and reckless conduct directly and proximately caused the SUBJECT INCIDENT and the resulting injuries and damages suffered by Plaintiff JOHN GAYTON.

16. The conduct of Defendant KELVIN DANG and DOES 1 through 10, and each of them, described herein above, was done within the course and scope of their employment, agency and/or service with Defendant UNITED STATES POSTAL SERVICE and DOES 1 through 10, and each of them, are, therefore, vicariously liable for same.

17. As a legal, direct and proximate result of the aforementioned conduct of Defendants UNITED STATES POSTAL SERVICE, KELVIN DANG and DOES 1 through 10, inclusive, and each of them, Plaintiff JOHN GAYTON was injured and hurt in his health, strength and activity, sustaining serious injuries to his body, and shock and injury to his nervous system and person, all of which said injuries have caused and continue to cause Plaintiff JOHN GAYTON great physical and mental pain and suffering. Plaintiff is further informed and believes, and thereon alleges, that said injuries will result in some or all permanent disability to JOHN GAYTON, all to his general damage in an amount which will be stated according proof.

18. As a legal, direct and proximate result of the aforementioned conduct of Defendants UNITED STATES POSTAL SERVICE, KELVIN DANG and DOES 1 through 10, inclusive, and each of them, Plaintiff JOHN GAYTON was prevented from attending his usual or potential occupation and/or Plaintiff is informed and believes, and thereon alleges that Plaintiff JOHN GAYTON may be prevented from attending his occupation in the future, and thereby will also sustain a loss of earning capacity and loss of opportunity, in addition to lost earnings, past, present and future according to

1  proof.

2  19.  As a legal, direct and proximate result of the aforementioned conduct of Defendants UNITED STATES POSTAL SERVICE, KELVIN DANG and DOES 1 through 10, inclusive, and each of them, Plaintiff JOHN GAYTON was compelled to and did employ the services of hospitals, physicians, surgeons, nurses and the like, to care for and treat him, and did incur hospital, medical, professional and incidental expenses, and Plaintiff is informed and believes, and thereon alleges that by reason of Plaintiff JOHN GAYTON's injuries, he will necessarily incur additional like expenses for an indefinite period of time in the future, the exact amount of which expenses will be stated according to proof.

20.  As a direct and proximate result of the aforementioned conduct of Defendants, and each of them, Plaintiff has sustained property damage in an amount not yet ascertained, and other economic damage as a result of the property damage.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

# PRAYER

**WHEREFORE**, Plaintiff JOHN FREDERICK GAYTON requests relief as follows, and according to proof, against Defendant UNITED STATES POSTAL SERVICE; KELVIN DANG and DOES 1 through 10, Inclusive:

1. For all general damages, also referred to as non-economic damages, past and future, in excess of the jurisdictional minimum for an unlimited civil case, the exact amount according to proof;

2. For all special damages, also referred to as economic damages, past and future, in excess of the jurisdictional minimum for an unlimited civil case, the exact amount according to proof;

3. For all costs of suit, according to proof;

4. For pre-judgment interest, according to proof;

5. For post-judgment interest, according to proof;

6. For such other and further relief allowable under the law and as the Court may deem just and proper, according to proof.

DATED: Sepember 30, 2020   PANISH SHEA & BOYLE LLP

By: _____
Spencer R. Lucas
Marguerite S. Sanvictores
Attorneys for Plaintiff JOHN FREDERICK GAYTON

## **DEMAND FOR TRIAL BY JURY**

Plaintiff JOHN FREDERICK GAYTON hereby demands a trial by jury as to all Causes of Action pursuant to Federal Rule of Civil Procedure, Rule 38.

DATED: September 30, 2020         PANISH SHEA & BOYLE LLP

By: _____
Spencer R. Lucas
Marguerite S. Sanvictores
Attorneys for Plaintiff JOHN FREDERICK GAYTON